[No. 29994-1-II.   Division Two.   April 27, 2004.]

*In the Matter of the Detention of* RAYMOND MARSHALL, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 00-2-04434-1, John F. Nichols, J., entered February 21, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Hunt, JJ. Now published at 122 Wn. App. 132.

[No. 30253-5-II.   Division Two.   April 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY D. CHAPPELL, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00010-8, James B. Sawyer II, J., entered April 3, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 30420-1-II.   Division Two.   April 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA DAVID CISSELL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-8-00380-5, H. Edward Haarman, J. Pro Tem., entered May 19, 2003. *Affirmed* by unpublished opinion per Cox, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 30602-6-II.   Division Two.   April 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN MICHAEL SOISETH, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 03-8-00080-3, William G. Knebes, J. Pro Tem., entered July 7, 2003. *Reversed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.